UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-22531-CIV-KING/BANDSTRA

JOAQUIN ILLANO,

      Plaintiff,

v.

H & R BLOCK EASTERN ENTERPRISES
d/b/a H R BLOCK,

      Defendant.

_____

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY

THIS MATTER comes before the Court upon Plaintiff Joaquin Illano's Motion To Compel Discovery (DE #173), filed March 9, 2011. Plaintiff's Motion seeks an order from this Court compelling responses to Plaintiff's Second Request for Production, Third Set of Interrogatories, and First Request for Admissions. Plaintiff's Motion must be denied for several reasons.

First, Plaintiff's Motion is internally inconsistent. In support of his Motion to Compel, Plaintiff states that "Defendants' [sic] have yet to serve the responses to [certain] discovery requests." (DE #173 at 1). Yet, Plaintiff also states that "Defendant served their responses with objections and no responsive documentation." As such, it is unclear whether Defendant has served any responses to Plaintiff's discovery, or whether only objections have been served. Therefore, the Court cannot determine what relief, if any, would be appropriate.

Second, Plaintiff has failed to satisfy the procedural requirements for a motion to compel under the Local Rules. Under Rule 26.1(c), any party seeking relief from the Court as to discovery must file the underlying discovery requests contemporaneously with the motion

seeking relief. Plaintiff has failed to do so here. Furthermore, there is no indication that Plaintiff's Motion is timely filed under Local Rule 26.1(H), which requires a motion to compel to be filed within thirty days of the occurrence of the grounds for the motion.[1]

After careful consideration of the Motion, the Court **ORDERS, ADJUDGES,** and **DECREES** that Plaintiff's Motion (DE #173) be, and the same is hereby, **DENIED.**

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, this 10th day of March, 2011.

```
                          JAMES LAWRENCE KING
                          UNITED STATES DISTRICT JUDGE
```

cc:

**Counsel for Plaintiff**
**Anthony Maximillien Georges-Pierre, Esq.**
Remer & Georges-Pierre PLLC
11900 Biscayne Boulevard
Suite 288
North Miami, FL 33181
305-416-5000
Fax: 305-416-5005
Email: agp@rgpattorneys.com

**Jason Saul Remer**
Remer & Georges-Pierre PLLC
11900 Biscayne Boulevard
Suite 288
North Miami, FL 33181
305-416-5000
Fax: 305-416-5005
Email: jremer@rgpattorneys.com

**Counsel for Defendant**
**Dennis Michael McClelland**
Phelps Dunbar

---

[1] Additionally, Plaintiff has not been clear as to which discovery requests Defendant responded. As such, Plaintiff may have failed to comply with Local Rule 26.1(H)(2), which requires certain information be filed with any motion to compel unless there has been a "complete failure to respond ... [or an assertion] of general or blanket objections." *Id.*

100 S Ashley Drive
Suite 1900
Tampa, FL 33602-5311
813-472-7865
Fax: 472-7570
Email: dennis.mcclelland@phelps.com

**Erin L Malone**
Phelps Dunbar LLP
100 S. Ashley Dr., Suite 1900
Tampa, FL 33602
(813) 472-7891
Email: erin.malone@phelps.com

**Alexander J. Passantino**
Seyfarth Shaw, LLP
975 F. Street, NW
Washingtion, DC 20004
202-463-2400
Email: apassantino@seyfarth.com

**Andrew M. Paley**
Seyfarth Shaw LLP
2029 Century Park East
Suite 3500
Los Angeles, CA 90067
310-277-7200
Email: apaley@seyfarth.com

**Clayton D. Craighead**
Seyfarth Shaw, LLP
700 Louisiana, Suite 3700
Houston, TX 77002
713-225-2300
Email: ccraighead@seyfarth.com

**Douglas B. Lipsky**
Seyfarth Shaw, LLp
620 8th Avenue, 32nd Floor
New York, NY 10018
212-218-5500
Email: dlipsky@seyfarth.com

**Erin M. Wetty**
Seyfary Shaw, LLP

1545 Peachtree Street, NE, Suite 700
Atlanta, GA 30309-2401
404-885-6741
Email: ewetty@seyfarth.com

**Esteban Shardonofsky**
Seyfarth Shaw, LLP
700 Louisiana, Suite 3700
Houston, TX 77002
713-225-2300
Email: sshardonofsky@seyfarth.com

**James M. Hlawek**
Seyfarth Shaw, LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
617-946-4895
Email: jhlawek@seyfarth.com