UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22531-CIV-MCALILEY
CONSENT CASE

JOAQUIN LLANO,

    Plaintiff,

v.

H&R BLOCK EASTERN ENTERPRISES,
INC., d/b/a H&R BLOCK,

    Defendant.
_____/

## ORDER APPROVING SETTLEMENT; CLOSING CASE

This cause is before the Court on the parties' Joint Motion to Approve Settlement [DE 209]. The parties have submitted the settlement agreement for the Court's review.

To approve the settlement, the Court must determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act ("FLSA"). *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982); 29 U.S.C. § 216. The Court recognizes that the parties had a bona fide dispute as to monies owed to the Plaintiff pursuant to the FLSA. Further, the Court has reviewed the settlement agreement, including the amounts paid to Plaintiff and to his counsel, and finds the settlement to be fair and reasonable. Accordingly, it is ORDERED that:

    1.    The motion [DE 209] is GRANTED.

2. The settlement agreement is APPROVED.

3. This case is DISMISSED with prejudice, with each side to bear its own fees and costs except as otherwise provided in the settlement agreement and any and all pending motions are DENIED as moot.

4. The Court retains jurisdiction to enforce the terms of the settlement agreement.

DONE AND ORDERED in Chambers in Miami, Florida this 28th day of September, 2011.

CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record